UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| E.D. and D.D., individually and on behalf Of their minor son, C.D. *Plaintiffs,* <br><br> vs. <br><br> CITY OF PAWTUCKET, by and through its Treasurer, IRINA GORMAN, STATE OF RHODE ISLAND, DEPARTMENT OF EDUCATION, JOHN AND JANE DOES 1-10, individually and In their official capacities; FIRST STUDENT MANAGEMENT, LLC and FIRST STUDENT, INC. *Defendants.* | C.A. No. 1:26-cv-590 <br> ***{Superior Court C.A. No. PC-2026-03800}*** |

**DEFENDANTS' NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, Defendants – City of Pawtucket, by and through its Treasurer, Irina Gorman, State of Rhode Island, Department of Education, and First Student Management, LLC and First Student, Inc. (hereinafter "Defendants"), allege as follows:

1. Defendants, City of Pawtucket, by and through its Treasurer, Irina Gorman, State of Rhode Island, Department of Education, and First Student Management, LLC and First Student, Inc. (hereinafter "Defendants") Defendants in the civil action filed in Providence County Superior Court, entitled, **DeMorais v. City of Pawtucket, by and through its Treasurer, Irina Gorman, State of Rhode Island, Department of Education, and First Student Management, LLC and First Student, Inc, *C.A. No. PC-2026-03800.***
2. Pursuant to 28 U.S.C. § 1446(a), attached hereto is a copy of the process and pleadings served upon Defendants.

3. This Notice of Removal is filed timely under 28 U.S.C. § 1446(b).
4. The above described action, as stated in Plaintiff's Complaint, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).
5. This Notice of Removal is filed on behalf of all defendants, all of whom consent to the instant removal in accordance with 28 U.S.C. § 1446(b)(2)(A).
6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed and all adverse parties pursuant to 28 U.S.C. § 1446(d).
7. Within fourteen (14) days after filing this Notice of Removal, the party filing this notice shall do whatever is necessary to enable the clerk of the state court to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case being removed, pursuant to Local Civil Rule 81(b).

Defendant,
City of Pawtucket, by and through its
Treasurer, Irina Gorman,
By its Attorneys,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
*/s/ Kathleen A. Hilton*
Kathleen A. Hilton, Esq. (#9473)
DeSisto Law LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442
marc@desistolaw.com
katie@desistolaw.com

Defendant,
State of Rhode Island, Department of Education,

By its Attorney,

*/s/ Anthony F. Cottone*
Anthony F. Cottone, Esq. (#3922)
*/s/ Andrew M. Lentz*
Andrew M. Lentz, Esq. (#10021)
255 Westminster Street, 4th Floor
Providence, RI 02903
(401) 222-8977
Anthony.cotone@ride.ri.gov
Andrew.lentz@ride.ri.gov

Defendant, First Student Management, LLC and First Student, Inc.
By their Attorney,

*/s/ Kristina I.. Hultman*
Kristina I. Hultman, Esq. (#8275)
Barton Gilman, LLP
One Financial Plaza, 18th Floor
Providence, RI 02903
(401) 273-7171
khultman@BGlaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 24th day of August 2026, and available for viewing and downloading from the ECF system.

Vicki J. Bejma, Esq. (#6498)
vbejma@smrobinsonlaw.com

Anthony F. Cottone, Esq. (#3922)
anthony.cottone@ride.ri.gov

Kristina I. Hultman, Esq. (#8275)
Khultman@bglaw.com

Andrew M. Lentz, Esq. (#10021)
andrew.lentz@ride.ri.gov

*/s/ Marc DeSisto*